UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN E. REYNOLDS

    Plaintiff,

v.                                                                          Case No. 25-cv-12047
MIKA PROPERTIES LLC,                                       Honorable Linda V. Parker
KATYA VENEDIKTOVA,
MICHAEL BARENBOYM,
AARON D. FOX, ANDREW HEROLD,
and DAVID ROSENBERG,

    Defendants.
_____/

## OPINION AND ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION

On July 8, 2025, Plaintiff filed this pro se lawsuit against Defendants. (ECF No. 1.) He also filed an application to proceed in forma pauperis ("IFP"). (ECF No. 5.) The Court granted Plaintiff leave to proceed IFP pursuant to 28 U.S.C. § 1915 but required him to file an amended complaint because his original filing failed to establish federal-court jurisdiction. (ECF No. 8.) The Court warned Plaintiff that it would dismiss the action without prejudice if he failed to file an amended pleading, or if he filed an amendment that failed to establish a basis for federal subject matter jurisdiction. (*Id*. at PageID.25.)

Plaintiff filed an Amended Complaint on August 5, 2025. (ECF No. 9.) Plaintiff still fails to establish a basis for federal subject matter jurisdiction. He

continues to claim a violation of 42 U.S.C. § 1983; however, he fails to allege facts to establish state action by the named private defendants. Plaintiff alludes to a violation of his civil rights but alleges no facts to support such a claim.

Because the Court lacks subject matter jurisdiction, this action is **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 12(b)(1). As the dismissal is without prejudice, Plaintiff may pursue his claims in a State court.

**SO ORDERED**.

Date: August 10, 2025

s/LINDA V. PARKER
UNITED STATES DISTRICT JUDGE